UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JESSICA MOORE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 4:24-cv-1036-O |
| | § | |
| **KINSHIP PLACE, LLC, KEARY JONES,** | § | |
| **INDIVIDUALLY AND STACEY VON** | § | |
| **ATKINSON, INDIVIDUALLY,** | § | |
| | § | |
| **Defendants.** | | |

### PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

Plaintiff Jessica Moore certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Jessica Moore
Tarrant County, Texas
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

        Respectfully submitted,

        */s/ Douglas B. Welmaker*
        Douglas B. Welmaker
        Attorney-in-Charge
        State Bar No. 00788641
        Welmaker Law, PLLC
        409 N. Fredonia, Suite 118
        Longview, Texas 75601
        Phone: (512) 799-2048
        Email: doug@welmakerlaw.com

        **ATTORNEY FOR PLAINTIFF**