## UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **JESSICA MOORE,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Case No. 4:24-cv-1036-O |
| **KINSHIP PLACE, LLC, KEARY JONES, INDIVIDUALLY AND STACEY VON ATKINSON, INDIVIDUALLY,** | § § § § § § | |
| **Defendants.** | | |

## ORDER GRANTING MOTION TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Plaintiff's Motion to Proceed Without Local Counsel. Having considered the same, and the evidence and argument presented, if any, it is the opinion of this Honorable Court that said Motion should be in all things granted.

Accordingly, it is hereby ORDERED that Plaintiff's Motion to Proceed Without Local Counsel is GRANTED.

SIGNED this the _____ day of _____, 2024.

_____
HONORABLE REED O'CONNOR