IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JESSICA MOORE, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-001036-O |
| § | |
| KINSHIP PLACE, LLC, KEARY § | |
| JONES, INDIVIDUALLY AND § | |
| STACEY VON ATKINSON, § | |
| INDIVIDUALLY, § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel (ECF No. 3), filed October 25, 2024. Plaintiff's lead counsel, Douglas B Welmaker, is admitted in the United States District Court for the Northern District of Texas. However, his address is located outside of Local Rule 83.10(a)'s 50-mile requirement. Mr. Welmaker represents that he will readily appear at any hearing or setting in this Court. Furthermore, Mr. Welmaker confirms that he is familiar with the Local Rules. Based on his active status in the Northern District, familiarity with the Local Rules, and commitment to appear for any in-person hearings, the Court **GRANTS** leave to proceed as local counsel.

Accordingly, the Court **ORDERS** that Mr. Welmaker is designated as Plaintiff's local counsel. The Court further **ORDERS** that Mr. Welmaker is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). If proceeding without local counsel disrupts this litigation or

1

otherwise results in a failure to comply with the Court's rules, Plaintiff will be required to find local counsel immediately.

**SO ORDERED** on this **30th day** of **October, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**