IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JESSICA MOORE )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>KINSHIP PLACE, LLC ET AL )<br>    Defendant. )<br>)<br>) | Case Number : 4:24-cv-01036-O |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME**

On_____,2024, this Court heard Defendant's Unopposed Motion for Extension of Time to file its Response to Plaintiff's Original Complaint. (Doc. 1). After considering the motion, the Court GRANTS the motion for extension of time. Defendant's deadline to respond to Plaintiffs Original Complaint is now on or before **January 14, 2024**.

Signed this \_\_\_\_\_ day of _____, 2024.

_____
JUDGE PRESIDING