IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JESSICA MOORE, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-001036-O |
| § | |
| KINSHIP PLACE, LLC, KEARY § | |
| JONES, INDIVIDUALLY AND § | |
| STACEY VON ATKINSON, § | |
| INDIVIDUALLY, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to file its Response to Plaintiff's Original Complaint. (ECF No. 8). After considering the motion, the Court **GRANTS** the motion for extension of time. Defendant's deadline to respond to Plaintiffs Original Complaint is now on or before **January 14, 2025**.

SO ORDERED on this **23rd day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1