# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Jessica More
Plaintiff

v.

Kinship Place, LLC, et al
Defendant

4:24-cv-1036-O
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants Kinship Place, LLC, Keary Jones, and Stacey Von Atkinson

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Jessice Moore - Plaintiff,
Douglas Welmaker & Welmaker Law, PLLC - Plaintiff's Counsel
Kinship Place, LLC - Defendant,
Keary Jones - Defendant,
Stacey Von Atkinson - Defendant,
Trey Scott, Mark Kennedy, Lurese Terrell & Kennedy, Attorneys & Counselors at Law - Defendants' Counsel

| | |
|---|---|
| Date: | 01/13/2025 |
| Signature: | /s/ C. Trey Scott |
| Print Name: | C. Trey Scott |
| Bar Number: | 24083821 |
| Address: | 12222 Merit Dr., Suite 1750 |
| City, State, Zip: | Dallas, TX 75251 |
| Telephone: | 214-445-0740 |
| Fax: | 972-661-9320 |
| E-Mail: | trey@markkennedylaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.