IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JESSICA MOORE, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-001036-O |
| | § | |
| KINSHIP PLACE, LLC, KEARY JONES, INDIVIDUALLY AND STACEY VON ATKINSON, INDIVIDUALLY, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF REASSIGNMENT

Before the Court is the parties joint status report. ECF No. 13. Due to the foregoing consent of the parties, **IT IS HEREBY ORDERED** that the above captioned matter be reassigned to the United States Magistrate Judge Ray for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c).

**SO ORDERED** on this **5th day** of **March, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE