UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JESSICA MOORE,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Case No. 4:24-cv-1036-O | |
| § | | |
| **KINSHIP PLACE, LLC, KEARY JONES,** § | | |
| **INDIVIDUALLY AND STACEY VON** § | | |
| **ATKINSON, INDIVIDUALLY,** § | | |
| § | | |
| **Defendants.** | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jessica Moore and Defendants Kinship Place, LLC, Keary Jones and Stacy Von Atkinson file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendants. Plaintiff and Defendants will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendants.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


KENNEDY
Attorneys & Counselors at Law

*/s/ C. Trey Scott*
MARK S. KENNEDY
State Bar of Texas No. 24000122
LURESE TERRELL
State Bar of Texas No. 24008139
C. TREY SCOTT
State Bar of Texas No. 24083821
12222 Merit Drive, Suite 17500
Dallas, TX 75251
Telephone: (214) 445-0740
Fax: (972) 661-9320
trey@markkennedylaw.com


**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 16, 2025.

>  */s/ Douglas B. Welmaker*
> Douglas B. Welmaker